Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>Triyar SV LLC, a California limited liability company dba Aloft Silicon Valley<br><br>Defendant. | Case No: 4:16-cv-6770-SBA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice, each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED this 14th day of March, 2017.

**THE STROJNIK FIRM L.L.C.**

_/s/ Peter Kristofer Strojnik_
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE